UNITED STATES DITSRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA               :

     - v. -                              :

MICHAEL LATIMER                        :

                     :

          Defendant.

                     :

- - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

20 Mag. 1442

**ORDER**

DENISE L. COTE, United States District Judge:

For the reasons stated on the record on February 11, 2020, it is hereby

ORDERED that MICHAEL LATIMER, the defendant, is detained pending trial pursuant to Title 18, United States Code, Section 3142(e).

Dated: New York, New York
       February 13, 2020

THE HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK